Mourovic, Appellant, *v.* Dollar S. & L. Association.
Petrush *v.* Dollar S. & L. Association, Appellant.

Argued November 15, 1973. *Harold L. Roth,* with him *Robert J. Taylor,* and *Roth & Herskovitz,* for appellant at No. 404, and *Norman S. Faulk,* for appellant at No. 421; *Norman S. Faulk,* for appellee at No. 404, and *John J. Petrush,* for appellee at No. 421.

Judgment and order affirmed.

SPAULDING, J., absent.